# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CESAR ERNESTO RAMOS GONZALEZ,

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 5:26-cv-00099-JWH-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge.[1] No objections to the R&R have been filed. Good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is **ACCEPTED** and **ADOPTED**.
2. The Petition is **DENIED without prejudice**.
3. Judgment will issue accordingly.

**IT IS SO ORDERED.**

Dated: November 5, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

[1] Report and Recommendation (the "R&R") [ECF No. 19].